

1  Trisha Mejia Donnell
2  2400 Woolner Avenue
   Fairfield, CA, 94533
3  Plaintiff in Pro Per

4  UNITED STATES DISTRICT COURT

5  EASTERN DISTRICT OF CALIFORNIA

6

7  TRISHA MEJIA DONNELL,              Case No.: 2:21cv 1974 KJM CKD (PS)

8           Plaintiff,

9  vs.                                COMPLAINT FOR EMPLOYMENT
10                                    DISCRIMINATION

11 CALIFORNIA HIGHWAY PATROL, et al,
   OSS1, MARIAN LINDQUIST AND DOES 1-
12 50

13         Defendant                  DEMAND FOR JURY TRIAL

14
   **COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
15

16 **I. The Parties to This Complaint**

17         A. The Plaintiff

18             Trisha Mejia Donnell
               2400 Woolner Avenue
19             Fairfield, CA 94533

20

21         B. The Defendants(s)

22             California Highway Patrol
               3050 Travis Blvd
23             Fairfield CA 94533

24
               Marian Lindquist, OSS1
25             21020 Redwood Road
               Castro Valley, CA 94546
26

27 **II Rules for Jurisdiction**

28         A. Title VII of the Civil Rights Act 1964, as codified, 42 U.S.C §§2000e to 2000e -17

B. Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

C. Other relevant Federal and California Law.

## III Statement of Claim

A. The discriminatory conduct claimed in this action include

1. Unequal terms and condition of my employment

2. Retaliation

B. The discriminatory acts occurred on a continuous basis during my employment until July 2021 when Ms. Lindquist voluntarily transferred to a different location.

C. The discriminatory acts were taken against me based on my disability or perceived disability.

## IV Exhaustion of Federal and State Administrative Remedies

A. I have filed a charge with the Equal Opportunity Commission regarding the defendant's discriminatory conduct on July 16, 2021.

B. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter, which I receive on July 28, 2021. (Exhibit A)

## V Prayer for Relief

B. Lost wages and other compensation denied or lost to Plaintiff by reasons of Defendant's unlawful behavior, in the amount to be proven at trial

C. For compensatory damages for Plaintiff's emotional pain and suffering, in an amount to be proven at trial

D. For punitive damages, in an amount to be determined at trial

E. For interest on the lost wages, compensation, and damages, including post-judgement interest and an upward adjustment for inflation

F. Order enjoining Defendants' from engaging in future acts as mentioned in complaint

G. Reasonable attorney fees and other cost related to suit

H. For any other further relief as the Court deems appropriate and just.

**VI Certification and Closing**

A. I certify to the best of my knowledge, information, and belief that this complaint complies with the requirement of Rule11.

B. Plaintiff agrees to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Dated: October 22, 2021

Respectfully Submitted,

*MOnnell* (signature)

//
//
//
//
//

Exhibit A

STATE OF CALIFORNIA | State and Consumer Services Agency                                    GAVIN NEWSOM, GOVERNOR

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                           DIRECTOR KEVIN KISH

2218 Kausen Drive, Suite 100 | Elk Grove, CA | 95758
800-884-1684 | Videophone for the DEAF 916-226-5285
www.dfeh.ca.gov | e-mail: contact.center@dfeh.ca.gov

EEOC Number:     555-2021-00662C
Case Name:       Trisha Mejia Donnell vs. CALIFORNIA HIGHWAY PATROL
Filing Date:     July 28, 2021

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH), a state agency, and the United States Equal Employment Opportunity Commission (EEOC), a federal agency. The complaint will be filed in accordance with California Government Code section 12960. The notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

## NOTICE TO COMPLAINANT OF RIGHT TO SUE

This letter is also your state Right to Sue notice. <u>This state Right to Sue Notice allows you to file a private lawsuit</u>. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above- referenced complaint. The lawsuit may be filed in a State of California Superior Court.

Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice or, pursuant to Government Code section 12965, subdivision (d)(2), 90 days from receipt of the <u>federal</u> right-to-sue letter from the EEOC, whichever is later. You should consult an attorney to determine with accuracy the date
by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

Be advised, the DFEH does not retain case records beyond three years after a complaint is filed.

(Revised 11/2016)